AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Ronald Springs and Adriane Springs <br> Plaintiff <br> v. <br> Bayer Healthcare Pharmaceuticals, Inc., et al <br> Defendant | ) <br> ) <br> ) Civil Action No. <br> ) CV 08 2823 <br> ) |

Summons in a Civil Action

To: Bayer Healthcare Pharmaceuticals, Inc.
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

Date: JUN 5 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

ANNA SPRINKLES

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Ronald Springs and Adriana Springs | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. CV 08 2823 |
| Bayer Healthcare Pharmaceuticals, Inc., et al | ) |
| Defendant | ) |

### Summons in a Civil Action

To: Bayer Healthcare LLC
   *(Defendant's name)*

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 5 2008

Richard W. Wieking
Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Ronald Springs and Adriane Springs )
        Plaintiff )
v. ) Civil Action No. CV 08 2823
Bayer Healthcare Pharmaceuticals, Inc., et al )
        Defendant )

Summons in a Civil Action

To: Bayer Schering Pharma AG
    (Defendant's name)

E-filing

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 5 2008

Deputy clerk's signature

ANNA SPRINKLES

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

◌ AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Ronald Springs and Adriane Springs<br>Plaintiff<br>v.<br>Bayer Healthcare Pharmaceuticals, Inc., et al<br>Defendant | )<br>)<br>)   Civil Action No. CV 08 2823<br>)<br>) |

Summons in a Civil Action

To: General Electric Company
      (Defendant's name)

E-filing

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 5 2008

Deputy clerk's signature

ANNA SPRINGER

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Ronald Springs and Adriano Springs )
Plaintiff )
v. ) Civil Action No. CV 08 2823
Bayer Healthcare Pharmaceuticals, Inc., et al )
Defendant )

Summons in a Civil Action

To: GE Healthcare, Inc.
(Defendant's name)

E-filing

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

JUN 5 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

ANNA SPRINKLES

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

Ronald Springs and Adriane Springs )
          Plaintiff )
          v. ) Civil Action No. CV 08 2823
Bayer Healthcare Pharmaceuticals, Inc., et al )
          Defendant )

### Summons in a Civil Action

To: GE Healthcare AS
     (Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 5 2008

Richard W. Wieking
Name of clerk of court

Date: _____

Deputy clerk's signature
ALINA

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Ronald Springs and Adriane Springs<br>Plaintiff<br>v.<br>Bayer Healthcare Pharmaceuticals, Inc., et al<br>Defendant | )<br>)<br>)  Civil Action No. CV 08 2823<br>)<br>)<br>) |

Summons in a Civil Action

To:   Covidien, Inc.
_____
(Defendant's name)

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

JUN 5 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Ronald Springs and Adriano Springs
Plaintiff
v.
Bayer Healthcare Pharmaceuticals, Inc., et al
Defendant

Civil Action No. CV 08 2823

E-filing

Summons in a Civil Action

To: Mallinckrodt, Inc.
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____

Deputy clerk's signature

ANNA SEHNKI

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Ronald Springs and Adriane Springs | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Bayer Healthcare Pharmaceuticals, Inc., et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: Bracco Diagnostics, Inc.
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Gornick, Esq.
Levin Simes Kaiser & Gornick
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

Date: JUN

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

ANNA SPRI

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)