Rodney M. Hudson (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510
rodney.hudson@dbr.com

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SPRINGS and ADRIANE SPRINGS,<br><br>                Plaintiffs,<br><br>      v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>                Defendants. | Case No. CV-08-2823SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING** |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

The parties have agreed that the period in which Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC may answer or otherwise respond to the Complaint is extended until after the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*, MDL No. 1909, Case No. 1:08-gd-50000-DAP (the "MDL"), pending in the United States District Court for the Northern District of Ohio, at which time the defendants' obligations

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME
SF01/ 594639.1

CASE NO. CV-08-2823SI

1  to file responsive pleadings will be governed by Case Management Order No. 5 issued in the
2  MDL.
3
4  Dated: June 27, 2008                                LEVIN SIMES KAISER & GORNICK LLP
5
6                                                     By: */S/ Debra DeCarli*
                                                          Debra DeCarli
7                                                         Attorneys for Plaintiffs
                                                          RONALD SPRINGS and ADRIANE
8                                                         SPRINGS

9  Dated: June 27, 2008                                DRINKER BIDDLE & REATH LLP
10
11                                                     By: */S/ Rodney M. Hudson*
                                                          Rodney M. Hudson
12                                                        Attorneys for Defendants
                                                          BAYER HEALTHCARE
13                                                        PHARMACEUTICALS, INC.;
                                                          BAYER HEALTHCARE LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME
SF01/ 594639.1                                    - 2 -                           CASE NO. CV-08-2823SI