| | |
|---|---|
| 1 | Rodney M. Hudson (State Bar No. 189363) |
| | DRINKER BIDDLE & REATH LLP |
| 2 | 50 Fremont Street |
| | 20th Floor |
| 3 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 4 | Facsimile:      (415) 591-7510 |
| | rodney.hudson@dbr.com |

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SPRINGS and ADRIANE SPRINGS, | Case No.  CV-08-2823SI |
| Plaintiffs, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the out come of this proceeding:

    1.    Schering Berlin, Inc.

    2.    Bayer Healthcare, LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF INTERESTED ENTITIES
SF01/ 594648.1

CASE NO.  CV-08-2823SI


3. Bayer Healthcare Pharmaceuticals Inc.

4. Bayer Corporation

5. Bayer AG

These representations are made to enable the Court to evaluate possible qualifications or recusal.

Dated: June 27, 2008

DRINKER BIDDLE & REATH LLP

By: */S/ Rodney M. Hudson*
Rodney M. Hudson
Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER HEALTHCARE LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF INTERESTED ENTITIES
SF01/594648.1
- 2 -
CASE NO. CV-08-2823SI