Rodney M. Hudson (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510
rodney.hudson@dbr.com

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS,
INC.; BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SPRINGS and ADRIANE SPRINGS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>                    Defendants. | Case No.  CV-08-2823SI<br><br>**CORPORATE DISCLOSURE STATEMENT OF BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC make this their Corporate Disclosure Statement. Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC state that they are nongovernmental corporations.

Defendant Bayer HealthCare Pharmaceuticals Inc. is wholly owned by Schering Berlin, Inc.  Schering Berlin, Inc. is wholly owned by Defendant Bayer HealthCare LLC.  Defendant Bayer HealthCare LLC is wholly owned by Bayer Corporation.  Bayer Corporation is wholly

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CORPORATE DISCLOSURE STATEMENT
SF01/ 594645.1

CASE NO.  CV-08-2823SI

1  owned by Bayer AG.  Bayer AG is publicly traded in Germany and its American Depository
2  shares are listed on the New York Stock Exchange.
3      No other publicly held company owns ten percent (10%) or more of the stock of
4  Defendants Bayer HealthCare Pharmaceuticals Inc. or Bayer HealthCare LLC.

Dated: June 27, 2008                        DRINKER BIDDLE & REATH LLP

By: */S/ Rodney M. Hudson*
    Rodney M. Hudson
    Attorneys for Defendants
    BAYER HEALTHCARE
    PHARMACEUTICALS, INC.;
    BAYER HEALTHCARE LLC