Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA  90071-3329
Telephone:  (213) 312-4000
Facsimile:    (213) 312-4001
Email:  Deborah.Prosser@KutakRock.com
Email:  Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GE HEALTHCARE and GENERAL ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SPRINGS and ADRIANE SPRINGS,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No.  3:08-cv-2823 SI<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING ON BEHALF DEFENDANTS GE HEALTHCARE INC. AND GENERAL ELECTRIC COMPANY**<br><br>Complaint Filed:   06/05/08<br>Trial Date:   None set |

The parties have agreed that the period in which Defendants GE Healthcare Inc. and General Electric Company may answer or otherwise respond to the Complaint is extended until after the case transferred to In RE: Gadolinium Based Contrast Agents Products Liability Litigation, MDL No. 1909, Case No. 1:08-gd-50000-DAP (the "MDL"), pending in the United States District Court for the Northern District of Ohio, at which time the defendants' obligations to file

1  responsive pleadings will be governed by Case Management Order No. 5 issued in
2  the MDL.

3  Dated:     June 30, 2008          LEVIN SIMES KAISER & GORNICK LLP

5                                     By:     /s/
                                       Lawrence J. Gornick
6                                      Debra DeCarli
                                       Attorneys for Plaintiffs
7                                      RONALD SPRINGS and ADRIANE
                                       SPRINGS

9  Dated:     June 30, 2008          KUTAK ROCK LLP

11                                    By:     /s/
                                       Deborah C. Prosser
12                                     Stephanie A. Hingle
                                       Attorneys for Defendants
13                                     GE HEALTHCARE and GENERAL
                                       ELECTRIC COMPANY