Douglas W. Robinson (SBN: 255909)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone:  949.475.1500
Facsimile:  949.475.0016
Email:  dwrobinson@shb.com

Attorneys for Defendant Denominated MALLINCKRODT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SPRINGS and ADRIANE SPRINGS,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. 3:08-cv-2823 SI<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT DENOMINATED MALLINCKRODT, INC.**<br><br>Complaint filed: 6/5/08<br>Trial Date:  None set |

The parties have agreed that the period in which Defendant denominated Mallinckrodt, Inc. may answer or otherwise respond to the complaint is extended until after the case transferred to In Re:  Gadolinium Based Contrast Agents Products Liability Litigation, MDL No. 1909, Case No. 1:08-gd-50000-DAP (the "MDL"), pending in the United States District Court for the Northern District of Ohio, at which time the defendant's

//
//

1  obligations to file responsive pleadings will be governed by Case Management Order No. 5
2  issued in the MDL.

3
4  Dated: July 2, 2008                                        LEVIN SIMES KAISER & GORNICK LLP

5
6                                                             By:_____/s/_____
                                                                      Lawrence J. Gornick
7                                                                     Debra DeCarli
                                                              Attorneys for Plaintiffs Ronald Springs and
                                                              Adriane Springs
8
9  Dated: July 2, 2008                                        SHOOK, HARDY & BACON L.L.P.
10
11                                                            By:_____/s/_____
                                                                      Douglas W. Robinson
12                                                            Attorneys for Defendant Denominated
                                                              MALLINCKRODT, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT DENOMINATED
MALLINCKRODT, INC.