I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED JUN 27 2008

FILED
CLERK'S OFFICE
2008 JUL 17 PH 3:20

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-11)

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 83 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUL 1 5 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION                                                               MDL No. 1909

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

**CALIFORNIA CENTRAL**
   CAC  8  08-674                 Monico Payumo, et al. v. Bayer Corp., et al.

**CALIFORNIA NORTHERN**
   CAN  3  08-2823                Ronald Springs, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.
   CAN  3  08-2975                Monico Payumo v. General Electric Co., et al.

**CALIFORNIA SOUTHERN**
   CAS  3  08-1062                 Monico Payumo v. General Electric Co., et al.

**FLORIDA NORTHERN**
   FLN  3  08-200                   Horace Osburn v. General Electric Co., et al.

**KANSAS**
   KS  2  08-2258                    Alfred Hayes v. General Electric Co., et al.
   KS  2  08-2259                    Daniel Keys v. General Electric Co., et al.
   KS  2  08-2260                    Carla Lasley v. General Electric Co., et al.
   KS  2  08-2261                    Lewis Parsons v. General Electric Co., et al.
   KS  2  08-2262                    Robert Thrasher v. General Electric Co., et al.

**MARYLAND**
   MD  1  08-1532                   Gerard A. Yursis, et al. v. General Electric Co., et al.

**NEW JERSEY**
   NJ  2  08-2935                    Jill Messinger v. General Electric Co., et al.

**TEXAS SOUTHERN**
   ~~TXS  2  08-199~~                   ~~Udele Rodriguez v. Tyco Healthcare Group, LP, et al.~~  Opposed 7/11/08