**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                       General Court Number
Clerk                                                                    415.522.2000

July 22, 2008

USDC for the Northern District of Ohio
102 Howard M. Metzenbaum
United States Courthouse
201 Superior Avenue East
Cleveland, OH 44114-1201

RE: CV 08-02823 SI   RONALD SPRINGS-v-BAYER HEALTHCARE PHARMACEUTICALS INC.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

☐       Certified copy of docket entries.

☐       Certified copy of Transferral Order.

☐       Original case file documents.

☒       Please access the electronic case file for all pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record